New address
Case 1:96-cr-00246-ARR   Document 68   Filed 11/03/05   Page 1 of 2 PageID #: 1

122 Colony acres Dr
Charlotte N.C. 28217

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ NOV - 3 2005 ☆
P.M.
TIME A.M.

**NOTES:**

Oct - 25 - 05

To Whom it may concern

My name is Jean Morning This is about
2 cases of Restitution against One Paul Martinez
+ George Serel case # 96-CR-0372-1 Case # 96-CR-02
The cases are for my Daughter Gigi Ebron
+ I Jean Mardine
this is my second time having to write
to you & Other about our cases first of
all I call these # about Three weeks ago
718-260-2580 + 718-254-7000
the District Court Financial unit + U S attorney
Office no one ever returned my call.
I have spoken to an attorney here in
Charlotte where i live about this case
And i know all my rights the last time
I spoke to some one was about 1 year ago
the case went to court in Jan or Feb of
98 Paul was given 4½ years upon come out
he was told to pay $100,000.00 to all people
he had fraud. until know i have only received
less than $5,000.00 There were only 6 people
that went to court that was all could be found
at the time. upon speaking to some one about
1 year ago from your office i was told that
the remaining money would have to law over
until all parties were found that a lie the six
people That went to court they are the ones to share
the money the next time you hear from me it will
be my attorney

Sincerly Mrs Jean Morning
expecting to hear from you Soon!



Ms. Jean Morning
122 Colony Acres Dr.
Charlotte, NC 28217

Attention James Grokas
Chief Deputy

Brooklyn Office
US CourtHouse
225 CAdmAn plAza EAsT
Brooklyn NY 201

USMS